UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>-against-<br><br>RICARDO SILVA,<br><br>               Defendant. | No. 01 CR 1110 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Ricardo Silva's motion [dkt. no. 172] requesting a reduction of his sentence under 18 U.S.C. § 3582(c)(1)(A). The Government shall respond to Mr. Silva's motion by January 30, 2023. Mr. Silva shall file any reply by February 28, 2023. The Clerk of the Court is directed to mail a copy of this order to Mr. Silva.

**SO ORDERED.**

Dated:    December 30, 2022
            New York, New York

                                          */s/ Loretta A. Preska*
                                          LORETTA A. PRESKA
                                          Senior United States District Judge