

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 26, 2023

**BY ECF AND EMAIL**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Ricardo Silva*, 01 Cr. 1110 (LAP)

Dear Judge Preska:

      The Government respectfully requests a three-week adjournment to respond to defendant's motion filed under 18 U.S.C. § 3582(c)(1)(A) (the "Motion"). The Motion was docketed on December 27, 2022, and on December 30, 2022 the Court ordered that the Government file a response by January 30, 2023. The undersigned is participating in a trial scheduled to begin on January 30, 2023 before the Honorable Andrew L. Carter, and therefore respectfully requests that the Government's response be due by February 20, 2023

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  _____
Jeffrey W. Coyle
Assistant United States Attorney
Southern District of New York
(212) 637-2437
Jeffrey.Coyle@usdoj.gov

```
The Government's request that its response be due on February 20,
2023 is granted.  The Government shall respond to Mr. Silva's
motion by February 20, 2023.  Mr. Silva shall file any reply by
March 20, 2023.  The Clerk of the Court is directed to mail a copy
of this order to Mr. Silva.

SO ORDERED.
```

*Loretta A. Preska*
1/27/2023