UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>RICARDO SILVA,<br><br>                    Defendant. | No. 01 CR 1110 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Ricardo Silva's motion [dkt. no. 194] requesting a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2).  The Government shall respond to Mr. Silva's motion by April 5, 2024.  Mr. Silva shall file any reply by May 3, 2024.

**SO ORDERED.**

Dated:     March 8, 2024
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge