UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

RICARDO SILVA,

                Defendants.

01-CR-1110 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant's motion for reconsideration, (dkt. no. 230). The Government shall respond by June 16, 2025. To the extent that Defendant wishes to reply, he shall do so no later than July 14, 2025.

**SO ORDERED.**

Dated:    New York, New York
            May 14, 2025

                              *Loretta A. Preska*
                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge