UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

RICARDO SILVA,

                Defendants.

01-CR-1110 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant's motion for reconsideration, (dkt. no. 230) and the Government's opposition, (dkt. no. 236).  To the extent that Defendant wishes to reply, he shall do so no later than October 15, 2025.  The Clerk of the Court shall mail a copy of this order to Defendant.

**SO ORDERED.**

Dated:    New York, New York
         September 15, 2025

_____
LORETTA A. PRESKA
Senior United States District Judge